UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY DARNELL TAYLOR,** | Case No. LA CV 14-06394 VBF-JC |
| **Petitioner,** | |
| v. | JUDGMENT |
| A.M. GONZALES, Warden, | |
| Respondent. | |

Pursuant to this Court's Order issued today, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: September 22, 2014

*Valerie Baker Fairbank*

_____

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE